KERI CURTIS AXEL (Bar No. 186847)
  kaxel@waymakerlaw.com
EMILY R. STIERWALT (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
E-mail: kaxel@waymakerlaw.com

Attorneys for Defendant
BRIAN NEWTON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-629-JAK |
|---|---|
| Plaintiff, | DEFENDANT BRIAN NEWTON'S <u>*EX PARTE*</u> <u>APPLICATION TO CONTINUE</u> <u>CHANGE OF PLEA HEARING DATE</u> |
| v. | |
| BRIAN NEWTON, | |
| Defendant. | |

Defendant Brian Newton, by and through its counsel of record, Waymaker LLP, hereby applies *ex parte* for a continuance of the change of plea hearing date from October 21, 2021 to November 4, 2021. This *ex parte* is based upon this application, the concurrently filed proposed order, and the files and records in this case.

The grounds for the application are as follows: As the Court knows, at the time of the previously-scheduled hearing, Mr. Newton contracted COVID-19, was very ill, and was unable to appear for hearing. His illness also interfered with his ability to come to his attorneys' offices to review discovery. He wishes to continue to review

potentially exculpatory discovery and information. He has scheduled an additional review session at counsel's office for Thursday, October 21, 2021. Mr. Newton also believes that there is motion practice in a related matter that may reveal potentially exculpatory information. The relevant hearing on that motion is set for November 1, 2021.

On October 20, 2021, the defense discussed changing the hearing date with the government and the government, by and through its counsel of record, Assistant United States Attorneys Heather C. Gorman and Dennis Mitchell, indicated that they had no objection to rescheduling the hearing to the week of November 1, 2021 (although they indicated they were not available on the November 1, 2021 itself).

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the instant application continuing the change of plea hearing from October 21, 2021 to November 4, 2021.

Dated: October 20, 2021                                    Respectfully submitted,

                                              /s/ Keri Curtis Axel
                                              KERI CURTIS AXEL
                                              *Attorney for Defendant Brian Newton*